**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| George Holgard and Mary Holgard, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Capital R.V. Center, Inc., and Norcold, Inc., | ) | Case No. 1:07-cv-024 |
| | ) | |
| | ) | |
| Defendants. | ) | |

On May 18, 2007, the parties filed a Stipulation Allowing Plaintiffs to File Amended Complaint. The court **ADOPTS** the parties stipulation (Docket No. 7) and **GRANTS** the Plaintiffs leave to file an amended complaint.

**IT IS SO ORDERED.**

Dated this 22nd day of May, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge