**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| George Holgard and Mary Holgard, )<br>)<br>Plaintiffs,    )<br>)<br>vs.                         )<br>)<br>Capital R.V. Center, Inc., and    )<br>Norcold, Inc.,                    )<br>)<br>Defendants.   ) | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:07-cv-024 |

___

Before the Court is a "Stipulation For Dismissal" filed on June 16, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 22) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 17th day of June, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court